FILED BY _____ D.C.

05 SEP 29 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 03-2991 Ml/V |
| MEMPHIS CITY GOVERNMENT, ) | |
| MEMPHIS POLICE DEPARTMENT, ) | |
| MAJOR O'BYRNES, in his ) | |
| individual and official ) | |
| capacities, LIEUTENANT ) | |
| HIGHTOWER, in his individual ) | |
| and official capacities, ) | |
| LIEUTENANT BALLARD, in his ) | |
| individual and official ) | |
| capacities, and LIEUTENANT ) | |
| EMBRY, in his individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER FOLLOWING STATUS CONFERENCE

A telephonic status conference in this case was held on September 22, 2005. Representing Plaintiff at the conference was Wanda Abioto. Representing Defendant City of Memphis was Sharon Harless Loy. At the conference, the parties discussed the remaining defendants in the case, Defendants Embry and Ballard.

The Court granted Plaintiff's oral motion to voluntarily dismiss Defendant Embry under Fed. R. Civ. P. 41(a)(2).

Counsel for City of Memphis agreed to determine the date of Defendant Ballard's retirement, in order to determine whether he

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-29-05

53

was properly served. The Court has received notice that Defendant Ballard retired from the Memphis Police Department on October 14, 2002. Accordingly, the Court finds that service was not completed on Defendant Ballard pursuant to Fed. R. Civ. P. 4(m). Accordingly, Defendant Ballard will be dismissed from the case, and the case is dismissed with prejudice.

So ORDERED this 29th day of September, 2005.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02991 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT