FILED BY ᴊᴄ D.C.

05 SEP 29 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2991 Ml/V |
| ) | |
| MEMPHIS CITY GOVERNMENT, ) | |
| MEMPHIS POLICE DEPARTMENT, ) | |
| MAJOR O'BYRNES, in his ) | |
| individual and official ) | |
| capacities, LIEUTENANT ) | |
| HIGHTOWER, in his individual ) | |
| and official capacities, ) | |
| LIEUTENANT BALLARD, in his ) | |
| individual and official ) | |
| capacities, and LIEUTENANT ) | |
| EMBRY, in his individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Summary Judgment of Defendant City of Memphis, Order Granting Motion for Summary Judgment of Defendants Major O'Byrnes and Lieutenant Hightower, and Order Setting Telephone Conference, entered August 30, 2005, and in accordance with the Order following Status Conference, entered September 29, 2005, this case is DISMISSED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-29-05

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 29, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By)    Deputy Clerk

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02991 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT